UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR FARFAN,<br><br>           Petitioner,<br><br>     v.<br><br>SCOTT FRAUENHIEM,<br><br>           Respondent. | Case No. 2:19-cv-03554-JLS (SK)<br><br>**ORDER (1) ACCEPTING REPORT AND RECOMMENDATION TO DENY FIRST AMENDED HABEAS PETITION AND (2) DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, any relevant records (if necessary), and the attached Report and Recommendation to deny the Petition. Having completed its de novo review of those portions of the Report and Recommendation to which Petitioner has objected, the Court concludes that nothing in the objections materially affects or alters the findings and conclusions set forth in the Report and Recommendation.

The Court therefore concurs with and accepts the findings and conclusions in the Report and Recommendation. The Court also finds, for

the reasons stated in the Report and Recommendation, that Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

THEREFORE, IT IS ORDERED that the First Amended Petition be DENIED, and that Judgment be entered dismissing this action with prejudice.  IT IS FURTHER ORDERED that a certificate of appealability be DENIED.

IT IS SO ORDERED.

DATED: May 09, 2022

HON. JOSEPHINE L. STATON
U.S. DISTRICT JUDGE