JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR FARFAN,<br><br>        Petitioner,<br><br>v.<br><br>SCOTT FRAUENHIEM,<br><br>        Respondent. | CASE NO. 2:19-cv-3554-JLS (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the First Amended Petition for a writ of habeas corpus is denied, and this action is hereby dismissed with prejudice.

DATED: May 09, 2022

_____
Honorable Josephine L. Staton
U.S. DISTRICT JUDGE